1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

ANTHONY RECTOR,                                   )          NO. CV 12-08587-VBF-SS
                                                  )
12              Plaintiff,                        )
                                                  )
13      v.                                        )          FINAL JUDGMENT
                                                  )
14   THE NEW YORK BANK OF MELLON and              )
     BANK OF AMERICA N.A.,                        )
15                                                )
                Defendants.                       )
16   _____)

17
18
        Pursuant to the Court's Order issued this same date, final judgment is entered in favor of all the
19
     defendants and against plaintiff Anthony Rector.
20
21
     DATED:        February 14, 2014
22

                                                  *Valerie Baker Fairbank*
23
                                                  _____
24
                                                       VALERIE BAKER FAIRBANK
25                                                     UNITED STATES DISTRICT JUDGE
26
27
28

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | ANTHONY RECTOR,                          )          NO. CV 12-08587-VBF-SS
                                                    )
12 |                    Plaintiff,            )
                                                    )
13 |        v.                               )          FINAL JUDGMENT
                                                    )
14 | THE NEW YORK BANK OF MELLON and         )
BANK OF AMERICA N.A.,                      )
15 |                                          )
                    Defendants.             )
16 | _____  )

17
18

        Pursuant to the Court's Order issued this same date, final judgment is entered in favor of all the

19

defendants and against plaintiff Anthony Rector.

20
21

DATED:        February 14, 2014

22
23

_____

24

          VALERIE BAKER FAIRBANK
          UNITED STATES DISTRICT JUDGE

25
26
27
28